UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Craig Cunningham

v.  Civil No. 4:19-cv-00901

Arco Media Inc. et al

## CLERK'S ENTRY OF DEFAULT

On this __14th__ day of __January__, 20 __20__, it appearing from the affidavit(s) in support of default of __Leland Garrett McRae__, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

Arco Media Inc.

DAVID A. O'Toole, CLERK

By: _____
Deputy Clerk

p:\DFLT.ord