# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.  4:19-CV-00901-RWS-CAN |
| v. | § § § | |
| ARCO MEDIA INC.,  JOHN/JANE DOES 1-5, | § § § § § | |
| Defendants. | | |

## FINAL DEFAULT JUDGMENT

Pursuant to the Court's order adopting the Magistrate Judge's default judgment recommendation, it is hereby

**ORDERED** that, pursuant to Rule 55(b)(2), judgment by default should be entered against Defendant Arco Media Inc., and in favor of Plaintiff Craig Cunningham, based on the following:

1. Plaintiff has certified to personal jurisdiction and service of process, and that Defendant is not an infant, incompetent person, or in active military service of the United States of America.

2. Defendant, having been duly served, has failed to appear, answer, plead or otherwise defend this action.

3. The Clerk entered default of the Defendant on January 14, 2020.

4. Defendant Arco Media Inc. is liable to Plaintiff Craig Cunningham for the sum of $1,000.00 in statutory damages as a result of Defendant Arco Media Inc.'s violations of 47 U.S.C. § 227(b).

It is further

**ORDERED** that judgment is hereby entered against Defendant Arco Media Inc., and in favor of Plaintiff Craig Cunningham, in the amount of $1,000.00 in statutory damages.  It is further

**ORDERED** that this is a final judgment that fully and finally disposes of all claims and parties and may be appealed.

All relief not specifically granted herein is **DENIED-AS-MOOT.**

The Clerk of the Court is directed to close this case.

**SIGNED this 8th day of May, 2020.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE